**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES *ex rel.* <br><br> HEATHCOTE HOLDINGS CORP., INC., A Illinois Corporation, Relator, <br><br> Plaintiffs, <br><br> v. <br><br> THE CLOROX COMPANY and THE BRITA PRODUCTS COMPANY, <br><br> Defendants. | Case No. 10-cv-00942 <br> Honorable Charles R. Norgle Sr. |

**STIPULATION OF DISMISSAL**

NOW COME the parties, by and through counsel, and stipulate to the voluntary dismissal of this matter, without prejudice and with each side to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that this dismissal will not be used to the prejudice of the plaintiff in the matter captioned as <u>San Francisco Technology Inc., v. The Brita Products Company</u>, Case No. 5:10-cv-01648-RS, currently pending in the United States District Court for the Northern District of California.

**SO STIPULATED**:

| HEATHCOTE HOLDINGS CORP., INC. | THE CLOROX COMPANY and THE BRITA PRODUCTS COMPANY |
|---|---|
| By: /s/ Matthew S. Miller<br>Matthew S. Miller<br>*Law Offices of Matthew S. Miller, Ltd.*<br>111 W. Washington, Suite 1100<br>Chicago, IL 60602<br>(312) 251-6066<br><br>Richard J. Prendergast<br>Michael T. Layden<br>John C. Ellis<br>Allen A. Buchta<br>*Richard J. Prendergast, Ltd*.<br>111 W. Washington, Suite 1100<br>Chicago, IL 60602<br>(312) 641-0881 | By: /s/ Andrew Valentine<br>Andrew Valentine<br>M. Elizabeth Day<br>Erik R. Fuehrer<br>*DLA Piper LLP (US)*<br>2000 University Avenue<br>East Palo Alto, California 94303-2214<br>(650) 833-2065<br><br>Gina L. Durham<br>*DLA Piper US LLP IL*<br>203 North LaSalle Street<br>20th Floor<br>Chicago, IL 60601<br>(312) 368-4000 |